| DIST. | OFF. | DOCKET | | FILING DATE | | | J | N/S | O | D | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO | COUNTY | JURY DEM. | DOCKET | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | YR. | NUMBER | MO. | DAY | YEAR | | | | | | | | | | YR. | NUMBER |
| 869 | 4 | 83 | 4101 | 06 | 01 | 83 | 1 | 153 | 1 | | | 1 | J 6307 M | 46099 | | 83 | 4101 |

**PLAINTIFFS**

USA

**DEFENDANTS**

KENNEDY, Robert F.

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1345.   VA Educational Indebtedness.

**ATTORNEYS**

W. H. Ranney
Special Assistant U.S. Attorney
Veterans Administration
P. O. Box 5046
Sioux Falls, South Dakota 57117

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev. 9/81)

| DATE | NR. | CIV83-4101 PROCEEDINGS |
|---|---|---|
| 6-1-83 | 1 | CIVIL Cover Sheet Filed |
| 6-1-83 | 2 | COMPLAINT Filed |
| 6-1-83 |   | Summons Issued. Fur. 2 copies for service and mailing copies to W. H. Ranney |
| 6/29/83 | 3 | SUMMONS for Defendant filed |
| 7-6-83 | 4 | APPLICATION for Default Judgment filed. |
| 7-6-83 | 5 | AFFIDAVIT in Support of Plaintiff's Application for Default Judgment filed. |
| 7-6-83 | 6 | NOTICE OF HEARING on Plaintiff's Application for Default Judgment filed. (7-25-83 at 11:00 a.m.) |
| 7-25-83 | 7 | DEFAULT JUDGMENT for the Plaintiff and against the Defendant in the amount of $350.60 filed. |
| 7-25-83 |   | Notice of entry and copy of Judgment mailed Bruce W. Boyd Robert K. Kennedy |
| 7-25-83 |   | Correct copy of Judgment entered in 1983 Southern Division Order Book, page 353 |
| 7-25-83 |   | Enter Memo of Judgment in JLD. |
| 7-29-83 |   | Envelope to Robert K. Kennedy returned as not deliverable to addressee. |
| 1984 |   |   |
| 3/30/84 | 8 | SATISFACTION of Judgment, filed. |
| 3/30/84 |   | Enter memo of Satisfaction of Judgment in JLD. |